IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-000220-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM I. COCHRAN, III; WRC, | ) | |
| LLC; EKP, LLC; and EMLAN | ) | |
| PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on defendants' motion for attorneys' fees (DE 21), to which plaintiff responded. In prior order the court denied defendants' motion to dismiss, and held in abeyance decision on attorneys' fees pending resolution of this case. The court of its own initiative assesses further the motion for attorneys' fees, and dismisses same, without expressing any opinion on the merits, without prejudice to renewal, if appropriate.

This matter also comes before the court upon its regular docket review with reference to plaintiff's motion for leave to file amended complaint, filed August 8, 2013, which is not yet ripe. Plaintiff fails in this submission to comply with the district's civil motion practice, requiring a concise motion precisely stating the relief requested (Local Civil Rule 7.1(b)) and separate, supporting memorandum, as specified (Local Civil Rule 7.2). Too, the motion for protective order filed by the government August 14, 2013, which also is not ripe, repeats the same mistakes.

No cause appears for the government's failures to adhere to the district's local rules except

a lack of attention by it. The court will let these truncated filings stand on the docket; however, in the future, failure to comply with local rules may result in sanction.

SO ORDERED, this the 20th day of August, 2013.

LOUISE W. FLANAGAN
United States District Judge

2