IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-cv-00220-FL |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | JOINT MOTION TO MODIFY |
| WILLIAM I. COCHRAN, III, *et al.*, | ) | STIPULATION AND |
| | ) | PROTECTIVE ORDER |
| Defendants. | ) | |

This matter comes before the Court on a joint motion by the parties to modify the Stipulation and Protective Order entered in this case on February 22, 2013 (Doc. No. 24). For the reasons stated in the parties' Memorandum in support of the motion, and for good cause shown, the Court hereby orders that the previously entered Stipulation and Protective Order (Doc. No. 24) is modified as follows. Any medical or mental health information produced in response to subpoenas issued by the Defendants by or pertaining to aggrieved persons or witnesses identified by the United States in this case may be disclosed only to the following persons: counsel who have appeared in this case, those counsels' employees or staff, any consultants or experts retained for trial, and court reporters. All other provisions of the Stipulation and Protective Order (Doc. No. 24) remain in effect.

SO ORDERED, this 17th day of December, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge