IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:12-cv-00220-FL |
| ) | |
| v. ) | |
| ) | |
| WILLIAM I. COCHRAN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER TO SEAL ON PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO SEAL ALL DOCUMENTS IN CONNECTION WITH ITS MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE PERTAINING TO THE UNITED STATES' WITNESSES**

This matter comes before the Court on Plaintiff United States' Unopposed Motion to Seal its Motion in Limine to Exclude Certain Evidence Pertaining to the United States' Witnesses. The Court finds that documents in connection with Plaintiff United States' Motion in Limine to Exclude Certain Evidence Pertaining to the United States' Witnesses contains criminal histories and medical histories of aggrieved persons that are of a personal nature and, if revealed, will cause harm, embarrassment, and humiliation to the aggrieved persons who are not parties to this litigation. The Court further finds that there is no reasonable alternative to sealing the motion and that the harm overcomes the common law and/or First-Amendment presumption of access to court documents.

Therefore, for good cause shown, Plaintiff's Motion to Seal all documents in connection with its Motion *in Limine* to Exclude Certain Evidence Pertaining to the United States' Witnesses in the above-captioned case is hereby GRANTED. The Clerk's Office is directed to

place the Motion in Limine to Exclude Certain Evidence Pertaining to the United States' Witnesses under seal, except that copy of the same is issued to Defendants.

SO ORDERED.

This the  10th  day of          December         , 2014.

_____
LOUISE W. FLANAGAN
United States District Court Judge

2

Case 4:12-cv-00220-FL   Document 158   Filed 12/10/14   Page 2 of 2