IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:12-CV-00220-FL

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| William I. Cochran, III; | ) | **ORDER** |
| WRC, LLC; | ) | |
| EKP, LLC; | ) | |
| EmLan Properties, LLC; and | ) | |
| Richard A. Cochran, | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendants' Motion to Seal its Response in Opposition to Plaintiff's Motion in Limine to Exclude Certain Evidence Pertaining to the United States' Witnesses. The Court finds that the Defendants' Response contains sensitive personal information protected from disclosure by this Court's Order entered at Dock. No. 24. The Court further finds that no reasonable alternative to sealing the Response exists and that the risk of harm posed by disclosure of this information overcomes the First Amendment presumption of access to court documents.

Therefore, for good cause shown, the Motion to Seal Defendants' Response in Opposition is hereby GRANTED. The Clerk's Office is directed to place the Response in Opposition under seal, except for the copy of the Response issued to Plaintiff.

SO ORDERED.

This the 5th day of January , 2015.


THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge