FILED IN OPEN COURT
ON 1-29-2014 (CB)
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-220-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM I. COCHRAN, III; WRC, ) <br> LLC; EKP, LLC; EMLAN ) <br> PROPERTIES, LLC; and RICHARD A. ) <br> COCHRAN, ) <br> ) <br> Defendants. ) | VERDICT FORM |

## FAIR HOUSING ACT VIOLATION

1. Has plaintiff proved by a preponderance of the evidence that defendant **William I. Cochran, III,** engaged in a pattern or practice of discrimination in violation of the Fair Housing Act?

   Yes _____   No ✓

*Proceed to Question 2.*

2. Has plaintiff proved by a preponderance of the evidence that defendant **William I. Cochran, III,** denied rights granted by the Fair Housing Act to a group of persons in violation of the Fair Housing Act?

   Yes _____   No ✓

*If you answered "No" to Question 1 and Question 2, stop here. Do not answer any additional questions, and have the foreperson sign the verdict form.*

*If you answered "Yes" to Question 1 or Question 2, continue to Question 3.*

3.  Did William I. Cochran, III's pattern or practice of discrimination in violation of the Fair Housing Act, or denial of rights granted by the Fair Housing Act to a group of persons, extend to his actions taken as agent on behalf of defendant **WRC, LLC?**

    Yes _____ No _____

*Proceed to Question 4.*

4.  Did William I. Cochran, III's pattern or practice of discrimination in violation of the Fair Housing Act, or denial of rights granted by the Fair Housing Act to a group of persons, extend to his actions taken as agent on behalf of defendant **EKP, LLC?**

    Yes _____ No _____

*Proceed to Question 5.*

5.  Did William I. Cochran, III's pattern or practice of discrimination in violation of the Fair Housing Act, or denial of rights granted by the Fair Housing Act to a group of persons, extend to his actions taken as agent on behalf of defendant **EmLan Properties, LLC?**

    Yes _____ No _____

*Proceed to Question 6.*

6.  Did William I. Cochran, III's pattern or practice of discrimination in violation of the Fair Housing Act, or denial of rights granted by the Fair Housing Act to a group of persons, extend to his actions taken as agent on behalf of defendant **Richard A. Cochran,** with respect to the property at 1109 Pennsylvania Avenue?

    Yes _____ No _____

REDACTED BY COURT
Jury Foreperson (signature)

Date: 29 Jan 15

2

Case 4:12-cv-00220-FL   Document 218   Filed 01/29/15   Page 2 of 2