UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM I. COCHRAN, III; WRC, LLC; )<br>EKP, LLC; EMLAN PROPERTIES, LLC; )<br>and RICHARD A. COCHRAN, )<br>)<br>Defendants. ) | JUDGMENT<br><br>No. 4:12-CV-220-FL |

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for failure to state a claim [DE # 21] and defendants' motion for summary judgment [DE # 130]. Subsequent to the court's ruling as to these motions, the remaining claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding, and the jury rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing and this action is dismissed.

**This Judgment Filed and Entered on February 10, 2015, and Copies To:**

Michael James (via CM/ECF Notice of Electronic Filing)
Mazen M. Basrawi (via CM/ECF Notice of Electronic Filing)
Tamica Daniel (via CM/ECF Notice of Electronic Filing)
Charles L. McLawhorn, Jr. (via CM/ECF Notice of Electronic Filing)
Serenity Shea Rasmussen (via CM/ECF Notice of Electronic Filing)


February 10, 2015            JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk