IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:12-cv-00220-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM I. COCHRAN, III; | ) | **ORDER** |
| WRC, LLC; | ) | |
| EKP, LLC; | ) | |
| EmLAN PROPERTIES, LLC; and | ) | |
| RICHARD A. COCHRAN, | ) | |
| Defendants. | ) | |

(1) This matter comes before the Court on an unopposed motion by the Cochrans to seal

the document filed as Dock. No. 245-3.

(2) For good cause shown, the Court hereby orders that Dock. No. 245-3 be sealed.

SO ORDERED, this the <u>17th</u> day of _____ <u>June</u> , 2015.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge